# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SPIN MASTER LTD. AND SPIN MASTER TOYS UK LIMITED, <br><br> Plaintiffs, <br><br> v. <br><br> A109X8TPYLPHO8, et al., <br><br> Defendants. | Case No. 25-cv-15151 <br><br> **Judge Charles P. Kocoras** <br><br> **Magistrate Judge Keri L. Holleb Hotaling** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Spin Master Ltd. and Spin Master Toys UK Limited ("Plaintiffs") hereby dismiss this action as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| Custom Universal | 12 |
| LAKEA | 39 |
| LILIJAIQWOYUGUOGUO | 44 |
| Ligdig | 75 |
| dongyangdianzi | 79 |
| hanchengyule | 86 |
| iaodingdian | 88 |
| JDH silicone | 89 |

| | |
|---|---|
| Dated this 22nd day of January 2026. | Respectfully submitted, |
| | <u>/s/ Justin R. Gaudio</u><br>Amy C. Ziegler<br>Justin R. Gaudio<br>Trevor C. Talhami<br>Hannah Dawson<br>Greer, Burns & Crain, Ltd.<br>200 West Madison Street, Suite 2100<br>Chicago, Illinois 60606<br>312.360.0080<br>312.360.9315 (facsimile)<br>aziegler@gbc.law<br>jgaudio@gbc.law<br>ttalhami@gbc.law<br>hdawson@gbc.law<br><br>*Counsel for Plaintiffs Spin Master Ltd. and Spin Master Toys UK Limited* |