# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

SPIN MASTER LTD. AND SPIN MASTER
TOYS UK LIMITED,

             Plaintiffs,

    v.

A109X8TPYLPHO8, et al.,

             Defendants.

Case No. 25-cv-15151

**Judge Charles P. Kocoras**

**Magistrate Judge Keri L. Holleb Hotaling**

## PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT AS TO ALL REMAINING DEFENDANTS

Plaintiffs Spin Master Ltd. and Spin Master Toys UK Limited (collectively, "Spin Master" or "Plaintiffs" ) move this Honorable Court to enter Default and Default Judgment against all Defendants remaining in this case[1]. In support of this Motion, Plaintiffs submit the accompanying Memorandum and a further Declaration of Justin R. Gaudio.

---

[1] A current version of Schedule A is attached to Plaintiff's Memorandum as **Exhibit 1**.

Dated this 3rd day of February 2026.  Respectfully submitted,

/s/ Trevor C. Talhami
Amy C. Ziegler
Justin R. Gaudio
Trevor C. Talhami
Hannah E. Dawson
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
ttalhami@gbc.law
hdawson@gbc.law

*Counsel for Plaintiffs*
*Spin Master Ltd. and Spin Master Toys UK Limited*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of February 2026, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to the e-mail addresses identified in **Exhibit A** hereto that includes a link to said website.

/s/ Trevor C. Talhami
Amy C. Ziegler
Justin R. Gaudio
Trevor C. Talhami
Hannah E. Dawson
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
ttalhami@gbc.law
hdawson@gbc.law

*Counsel for Plaintiffs*
*Spin Master Ltd. and Spin Master Toys UK Limited*